# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| S.C. AND B.C., INDIVIDUALLY AND AS NEXT FRIENDS TO C.C., A MINOR PLAINTIFFS, | § § § § | |
| VS. | § § | CIVIL ACTION NO. A-19-CV-1177-SH |
| ROUND ROCK INDEPENDENT SCHOOL DISTRICT; | § § § § | |
| DEFENDANT. | § | |

_____

## AGREED STIPULATION OF DISMISSAL
_____

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs, S.C. AND B.C., INDIVIDUALLY AND AS NEXT FRIENDS TO C.C., and C.C. who is no longer a Minor, and Defendant, ROUND ROCK INDEPENDENT SCHOOL DISTRICT and file this Agreed Stipulation of Dismissal under the Federal Rules of Civil Procedure 41(a)(1)(ii).

1. Plaintiffs sued Defendant on December 2, 2019.

2. Plaintiffs move to dismiss their causes of action against ROUND ROCK INDEPENDENT SCHOOL DISTRICT as the Plaintiffs have reached a settlement with the Defendant.

3. Defendant ROUND ROCK INDEPENDENT SCHOOL DISTRICT has answered and agrees to the dismissal.

4. This case is not a class action and a receiver has not been appointed.

5. This dismissal is with prejudice.

Respectfully submitted,

**ESCAMILLA & PONECK, LLP**
700 North St. Mary's Street, Suite 850
San Antonio, Texas 78205
(210) 225-0001
(210) 225-0041 – Fax

By:  /s/  Philip Marzec_____
**PHILIP MARZEC**
State Bar No. 13145570
**ELAINE F. EDWARDS**
State Bar No. 24049829
**ATTORNEYS FOR DEFENDANT**
**ROUND ROCK INDEPENDENT SCHOOL**
**DISTRICT**


By:  /s/  John Judge_____
John Judge, Attorney At Law.
John_W_Judge46@outlook.com [Email]
State Bar. No. 11044500
4201 Monterrey Oaks Blvd.
Suite 407
Austin, Texas
(512) 663-71420 [Telephone]
LEAD COUNSEL; and


Martin J. Cirkiel, Esq.
marty@cirkielaw.com [Email].
State Bar No.: 00783829
Federal ID No. 21488
Cirkiel & Associates, P.C.
1901 E. Palm Valley Boulevard
Round Rock, Texas 78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]

**ATTORNEYS FOR PLAINTIFFS**