# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| S.C. AND B.C., INDIVIDUALLY AND AS NEXT FRIENDS TO C.C., A MINOR CHILD,<br>    *Plaintiffs*<br><br>v.<br><br>ROUND ROCK INDEPENDENT SCHOOL DISTRICT,<br>    *Defendant* | §§§§§§§§§§ | Case No. A-19-CV-1177-SH |

## ORDER

Before the Court is the Parties' Agreed Stipulation of Dismissal (Dkt. 65), filed March 15, 2021. The parties have stipulated that Plaintiffs have agreed to dismiss all of their causes of action against Defendant Round Rock Independent School District with prejudice. Accordingly, the Court **GRANTS** the Agreed Stipulation of Dismissal (Dkt. 65) and will enter a Final Judgment in a separate order.

**SIGNED** on March 15, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1